

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00210-CV

| | | |
|---|---|---|
| GREGORY WAYNE COON, Appellant | § | On Appeal from the 233rd District Court |
| v. | § | of Tarrant County (233-694810-21) |
| | § | August 22, 2024 |
| VICTORIA JACOBS COON (THOMAS), Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and the case is remanded to the trial court for a new hearing.

It is further ordered that the parties shall split the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
        Justice Wade Birdwell